IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WAYING DEVELOPMENT CO LIMITED, § § § *Plaintiff*, § § v. § CAN GLASS INC, § § *Defendant*. § | Civil Action No. 3:24-CV-0682-X |

## MEMORANDUM OPINION, ORDER, AND FINAL JUDGMENT

The Court **DISMISSES WITH PREJUDICE** all of Plaintiff Waying Development Co Limited's claims against Defendant Can Glass Inc for failure to prosecute and follow Court orders under Rule 41(b). Previously, the Court dismissed without prejudice Waying's claims but allowed it to replead within 14 days. (Doc. 8). The 14-day window for repleading has passed, and the Court does not have an amended pleading. Therefore, the Court **DISMISSES WITH PREJUDICE** this case.

Each party shall bear its own fees and costs. This is a final judgment.

**IT IS SO ORDERED** this 14th day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1